Skip to Main Content Logout My Account Search Menu New Case Search Refine Search  Back                    Location : Galveston County  Images

# CASE SUMMARY
## CASE NO. 16-CV-0210

| | |
|---|---|
| Robert Garner d/b/a Kustom Kolors BoatWorks, ex rel Andrew Dykes vs. Nautilus Insurance Company § § § § § § § | Case Type: Contract - Debt - Deceptive Trade Practices<br>Date Filed: 02/19/2016<br>Location: 56th District Court<br>Judicial Officer: Cox, Lonnie |

---

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| **Defendant** | **Nautilus Insurance Company**<br>c/o. Michael Kilgas, or his nominee<br>7233 East Butherus Drive<br>Scottsdale, AZ 85260 | **Kasi G. Schuelke**<br>*Retained*<br>817-488-3134(W)<br>817-488-3214(F)<br>kasi.schuelke@phelps.com |
| **Interested Party** | Dykes, Andrew<br>550 Small Cedar Drive<br>League City, TX 77573 | |
| **Plaintiff** | **Robert Garner d/b/a Kustom Kolors BoatWorks  ex rel Andrew Dykes**<br>2600 S. Shore Blvd.<br>Suite 300<br>League City, TX 77573 | **Paxton N. Crew**<br>*Retained*<br>281-245-3385(W)<br>281-245-3386(F)<br>paxton@thecrewlawfirm.com |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 02/19/2016 | **Original Petition - OCA**<br>*Petition Plaintiff's Original Petition and Request for Declaratory Judgment and JURY DEMAND.* |
| 02/19/2016 | **Request for Civil Service**<br>*Request for Service of 1 Citation thru Secretary of State; Assigned to R.K.* |
| 02/19/2016 | **Citation Issuance - Work Product**<br>*Issued 1 Citation @ $8.00 Along With S/C Sheet and Emailed to Attorney. RK* |
| 02/19/2016 | **Receipt Acknowledge** |
| 03/21/2016 | **Certificate**<br>*Certificate of Service from Secretary of State.* |
| 03/28/2016 | **Original Answer**<br>*Original Answer and Affirmative Defenses.* |
| 05/12/2016 | **Status Conference**  (9:30 AM) (Judicial Officer Cox, Lonnie) |

---

Unofficial Record



EXHIBIT B