UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **ROBERT GARNER d/b/a** § | |
| **KUSTOM KOLORS** § | |
| **BOATWORKS** § | |
| ex rel, Andrew Dykes, § | |
| Plaintiff § | |
| § | CIVIL ACTION NO. 3:16-cv-81 |
| v. § | |
| § | |
| **NAUTILUS INSURANCE** § | |
| **COMPANY,** § | |
| Defendant | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41, Plaintiffs Robert Garner dba Kustom Kolors Boatworks, and Andrew Dykes file this unopposed motion to dismiss defendant Nautilus Insurance Company and requests that the Court dismiss all of Plaintiffs' claims against Defendant with prejudice.

*/s/ Paxton N. Crew*
**Paxton N. Crew**
SDTX 859147
TBA No. 24058720
305 East Main Street
League City, Texas 77573

### Certificate of Conference

I, Paxton N. Crew certify that I conferred with counsel for Defendant, Kasi Schuelke, Esq. on April 18, 2017 regarding her opposition to this motion, and she confirmed she was unopposed.

*/s/ Paxton N. Crew*
Paxton N. Crew

## Certificate of Service

I, Paxton N. Crew certify that I served all counsel of record with a copy of the foregoing document via the United States District Court for the Southern District of Texas's Electronic Case Filing (ECF) System on April 21, 2017

*/s/ Paxton N. Crew*
Paxton N. Crew